# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1010

_____

NORMAN HAYES,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

October 16, 2018


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Norman Hayes, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.